# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-17-00382-CV

_____


### IN RE GERDAU AMERISTEEL US, INC., ERIC GLYNN DAIGLE, AND TORRY DEVON VOLRIE

_____

### Original Proceeding
### 58th District Court of Jefferson County, Texas
### Trial Cause No. A-197,282

_____

### ORDER

Gerdau Ameristeel US, Inc., Eric Glynn Daigle, and Torry Devon Volrie filed a petition for writ of mandamus. The relators are defendants in Cause No. A-197,282, *McCarty v. Gerdau Ameristeel US, Inc, et al*. Relators seek a writ compelling the Honorable Kent Walston, Judge of the 58th District Court of Jefferson County, Texas, to order the plaintiff to complete his independent medical examination and order the plaintiff to pay the costs for a re-convened medical

1

examination. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators request a stay of all underlying proceedings as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all further proceedings in Trial Court Cause Number A-197,282 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED October 19, 2017.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.